IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER HYDER,**<br><br>Petitioner,<br><br>v.<br><br>**MATHEW CATES, Warden,**<br><br>Respondent. | Case No. C 09-03027 SBA (PR)<br><br>**ORDER** |

    IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed November 24, 2009, and provide the state court record, will be extended to May 24, 2010. Petitioner's traverse, if any, shall be filed and served within 60 days of service of an answer or otherwise responsive pleading.

Dated: 3/25/10

                                                                       The Honorable Saundra B. Armstrong

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROGER HYDER,

        Plaintiff,

v.

MATHEW CATES et al,

        Defendant.
_____/

Case Number: CV09-03027 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on MARCH 31, 2010March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roger Hyder
P.O. Box 713
Oakley, CA 94561

Dated: 3/31/10March 31, 2010

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

2

[Proposed] Order (C 09-03027 SBA (PR))